UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUAN ROSS,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. JENNY ESPINOZA, et al.,<br><br>        Defendants. | Case No. 17-CV-07199 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On February 14, 2018, the court dismissed plaintiff's complaint with leave to amend within thirty days. The time for plaintiff to file an amended complaint has passed and the court has had no further communication with plaintiff. Accordingly, plaintiff's complaint is **DISMISSED** without prejudice. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

DATED: 3/28/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 17-CV-07199 LHK (PR)
ORDER OF DISMISSAL

1